Benjamin Blumenthal, plaintiff in error, v. Barney Braverman, defendant in error.    Gen. No. 29,522.

Motion to vacate order vacating ex parte judgment.    Motion denied.    Error to the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding.    Heard in the first division of this court for the first district at the October term, 1924.    Affirmed.    Opinion filed January 26, 1925.

Jacob Levy, for plaintiff in error; J. M. Givin, of counsel. Edelson & Paullin, for defendant in error; Hyland J. Paullin and Julius H. Aronson, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.